**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 06-2244

---

WILLIAM W. SPENCER, JR.,

Plaintiff - Appellant,

versus

DONALD H. RUMSFELD, Secretary of Defense,
U.S. Department of Defense, Pentagon,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:05-cv-00730-CMH)

---

Submitted:  July 6, 2007        Decided:  July 24, 2007

---

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Paula M. Potoczak, Traci L. Buschner, PAULA M. POTOCZAK, L.L.C., Alexandria, Virginia, for Appellant. Chuck Rosenberg, United States Attorney, Kevin J. Mikolashek, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William W. Spencer, Jr., appeals the district court's order dismissing Spencer's complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Spencer v. Rumsfeld, No. 1:05-cv-00730-CMH (E.D. Va. Sept. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED